**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MMG IP MANAGEMENT LLC**, a Texas limited-liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**MICROSOFT CORPORATION**, a Washington corporation,<br><br>　　　　Defendant. | Civil Case No. 2:16-cv-00939<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) and this Court's February 19, 2016 Standing Order Re Dismissal Papers, and no answer or motion for summary judgment having been served, Plaintiff hereby dismisses this action with prejudice subject to the terms of the parties' settlement agreement, with each party to bear its own costs and attorney fees.

Dated:  November 28, 2016　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Stephen M. Lobbin
　　　　　　　　　　　　　　　　　Stephen M. Lobbin (admitted in E.D. Tex.)
　　　　　　　　　　　　　　　　　**ONE LLP**
　　　　　　　　　　　　　　　　　4000 MacArthur Boulevard
　　　　　　　　　　　　　　　　　East Tower, Suite 500
　　　　　　　　　　　　　　　　　Newport Beach, California 92660
　　　　　　　　　　　　　　　　　Tel: 949.502.2870
　　　　　　　　　　　　　　　　　slobbin@onellp.com
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 28, 2016, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

Dated:  November 28, 2016                    Respectfully submitted,

                                                      /s/ Stephen M. Lobbin
                                                      Stephen M. Lobbin (admitted in E.D. Tex.)